In the Matter of the Joint Petition of the TOWN BOARD OF THE TOWN OF CUBA, ALLEGANY COUNTY, and the BOARD OF SUPERVISORS OF THE COUNTY OF ALLEGANY, Respondents, under Section 91 of the Railroad Law,* etc.

---

* Amended by Laws of 1914, chap. 378.— [REP.

ERIE RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.